IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank National Association, | C/A: 3:12-2905-JFA |
| Plaintiff, | ORDER |
| vs. | |
| Carolina Tomato, Inc.; Ledlow & Associates, Inc.; North Florida Tomatos, Inc.; Six L's Packing Company, Inc.; Taylor & Fulton, Inc; Thomas Produce Company, Inc.; Tomato Man, Inc.; Tye Brinager & Sons Produce; Williams Farms Produce Sales Co., Inc.; Qualify First Produce, Inc.; Pacific Tomato Growers, Ltd.; San Joaquin Tomato Growers, Inc.; O.P. Murphy Produce Company, Inc. d/b/a O.P. Murphy & Sons; Central California Tomato Growers Cooperative, Inc.; Classie Growers, LLC; West Coast Tomato, Inc.; East Coast Brokers & Packers, Inc. D/b/a Byrd Food; Gargiulo, Inc.; Whisenant Farms, Inc.; Henry Cole Enterprises, Inc.; Charles Jones Produce, LLC; Ace International Marketing; and Gadsen Tomato Company, Inc., | |
| Defendants. | |

This matter came before the court upon an agreed upon motion for distribution of additional funds that have been discovered in this case and paid into the Registry of this court. The court conducted a hearing on February 13, 2013. At the hearing, all parties were present or represented by counsel except for the defendant Henry Cole Enterprises, Inc. The court was informed that all parties to this litigation have agreed that the additional funds

1

discovered, plus accrued interest, should be distributed according to the same percentage formula utilized in the earlier distribution in this case. Accordingly, the financial officer of the Clerk of Court of this District is hereby authorized to disperse checks to the claimants on the attached list, giving each claimant a percentage of the total funds also indicated on the attached list.

The court hereby grants the Motion to Intervene by East Coast Brokers & Packers, Inc. East Coast Brokers & Packers is thus a claimant of the additional funds discovered in this case.

Claimants on the attached list are designated in groups represented by various attorneys. At the beginning of each list is the attorney (in bold print) representing that group of claimants. The Clerk is authorized to mail the checks for the various claimants to their attorney-of-record, indicated in bold print, who shall be responsible for distributing the checks to the appropriate parties/claimants.

The funds distributed shall be the amount initially deposited in the Registry, together with any interest that has accrued thereon, minus any handling fee provided by statute in this case.

The court hereby enters a bar order prohibiting any party to this case from initiating a claim against Wells Fargo Bank, N.A., as successor to Wachovia Bank, National Association, arising out of the issues presented in this case.

This case shall remain open so that additional disbursements may be made if and

when additional funds are located.

    IT IS SO ORDERED.

February 15, 2013                               Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge

Exhibit A

| Carolina Tomato Judgment Distribution Chart of $47,156.77 ||
|---|---|
| Attorney/Claimant | Percentage Interest |
| **J. Derrick Jackson, Esq.** | |
| Ledlow & Associates, Inc. | 0.54 |
| North Florida Tomatoes, Inc. | 2.16 |
| Six L's Packing Company, Inc. | 10.34 |
| Taylor & Fulton, Inc. | 0.64 |
| Thomas Produce Company | 17.55 |
| Tomato Man, Inc. | 6.38 |
| Tye Brinager & Sons Produce | 0.82 |
| William Farms Produce Sales Co., Inc. | 0.85 |
| Quality First Produce, Inc. | 2.96 |
| **Jonathan M. Milling, Esq.** | |
| Pacific Tomato Growers, Ltd. | 1.21 |
| San Joaquin Tomato Growers, Inc. | 0.18 |
| O.P. Murphy Produce Company | 0.29 |
| Central California Growers Cooperative, Inc. | 1.96 |
| **Paul D. Harrill, Esq.** | |
| Classie Growers, LLC | 2.81 |
| West Coast Tomato, Inc. | 7.24 |
| East Coast Brokers & Packers, Inc. | 32.20 |
| East Coast Brokers & Packers, Inc. d/b/a Byrd Foods | 5.19 |
| Gargiulo, Inc. | 2.89 |
| Whisenant Farms, Inc. | 0.52 |
| Ace International Marketing | 2.17 |
| Gadsen Tomato Company, Inc. | 0.32 |
| **Walter Keith Martens, Esq.** | |
| Henry Cole Enterprises, Inc. | 0.78 |
| | 100 |